IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JON JAY UHLER,

    Petitioner,

v.                               Case No. 1:18cv36-MW/EMT

MARK S. INCH, Secretary
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 21. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on June 18, 2019.**

                                              s/ MARK E. WALKER
                                              **Chief United States District Judge**